**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

CRAIG ROMERO                                     CIVIL ACTION NO. 24-1347

VERSUS                                           JUDGE ELIZABETH E. FOOTE

U.S. COMMISSIONER OF                             MAGISTRATE JUDGE AYO
SOCIAL SECURITY

## **<u>JUDGMENT</u>**

The Court has received the Report and Recommendation of the Magistrate Judge previously filed herein, [Record Document 21], and the Claimant's objection to the Report and Recommendation [Record Document 24].

After an independent review of the record, **IT IS ORDERED** that the Commissioner's decision should be **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

The Court notes the Administrative Law Judge's decision relies heavily on the opinion of Omar Leonards, M.D., a physician contracted by Louisiana Disability Determinations to perform a consultative examination of the Claimant. Dr. Leonards provided an opinion regarding the Claimant's pain level and functional limitations without reviewing medical imaging of the Claimant's spine, even though those images were in the possession of the Social Security Administration at the time of the examination. The images should have been considered by Dr. Leonards in determining the Claimant's pain level and functional limitations. The Administrative Law Judge then relied on Dr. Leonards's opinion, made

without the benefit of medical imaging, to determine the Claimant's residual functional capacity.

The Commissioner is instructed to consider all of the evidence, and to evaluate whether the Claimant meets the requirements of a listed impairment, including 1.15, 1.16, and 1.18, and if necessary, to reevaluate the Claimant's residual functional capacity and whether he is capable of performing work on a regular and continuing basis. The Claimant should be afforded the opportunity to submit additional evidence and to testify at another hearing.

**THUS DONE AND SIGNED**, this 31st day of March, 2026.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE